### In re: Curtis MOORE.

### No. 07–10168.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2007.

William Stanley Harris, for Curtis Moore.

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

IT IS ORDERED that the application under 28 U.S.C. 2254(b)(3)(c) for leave to file a successive petition for writ of habeas corpus is GRANTED.